### State of Connecticut *v.* James Stevens

The state's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Joseph T. Gormley, Jr.,* chief state's attorney, *Jerrold Barnett,* assistant state's attorney, and *Michael S. Miles,* assistant prosecuting attorney, in support of the petition.

*Peter F. Odlum* and *Arnold E. Bayer,* in opposition.

Submitted February 18—decided February 24, 1976

### Raymond T. O'Keefe et al. *v.* Edward B. Sullivan et al.

The plaintiffs' motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*John N. Cole,* for the appellees (plaintiffs).

*Lawrence Hirsch,* for the appellant (named defendant).

Argued March 2—decided March 2, 1976

### Rubber and Chemical Center, Inc., et al. *v.* Joseph Thalberg, Administrator, et al.

The motion by the defendants Alice L. Gilbert et al. to dismiss the appeal from the Superior Court in Hartford County is granted.

*Mark H. Swerdloff,* for the appellees (defendants Gilbert et al.)

*Ronald E. Cassidento,* for the appellants (plaintiffs).